Subject: U.S. Bankruptcy Court, District of Arizona - Undeliverable Notice, In re: RYAN MICHAEL WIGGINS, Case Number: 18-12923, DPC, Ref: [p-127317538]
Date: 10/31/2018 10:24:12 AM US Mountain Standard Time
From: USBankruptcyCourts@noticingcenter.com
To: lapradeesq@aol.com

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

November 1, 2018

From: United States Bankruptcy Court, District of Arizona

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: RYAN MICHAEL WIGGINS, Case Number 18-12923, DPC

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule. THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.**

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

> U.S. Bankruptcy Court, Arizona
> 230 North First Avenue, Suite 101
> Phoenix, AZ 85003-1727

Undeliverable Address:
WIGGINS, RYAN MICHAEL

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

3882 E. Geronimo Street
Gilbert, AZ 85295

_____    10-31-18
Signature of Debtor or Debtor's Attorney    Date

FILED
NOV 02 2018
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | RYAN MICHAEL WIGGINS | Social Security number or ITIN | xxx-xx-1485 |
| | First Name Middle Name Last Name | EIN | __-_____ |
| Debtor 2 (Spouse, if filing) | KRISTEN NICHOLE WIGGINS | Social Security number or ITIN | xxx-xx-4022 |
| | First Name Middle Name Last Name | EIN | __-_____ |
| United States Bankruptcy Court District of Arizona | | Date case filed for chapter 7 | 10/23/18 |
| Case number: 2:18-bk-12923-DPC | | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline    12/17

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | RYAN MICHAEL WIGGINS | KRISTEN NICHOLE WIGGINS |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 3883 E GERONIMO STREET GILBERT, AZ 85295 | 3883 E GERONIMO STREET GILBERT, AZ 85295 |
| 4. | Debtor's attorney Name and address | MARTIN D. LAPRADE MARTIN D. LAPRADE, ESQ. 11811 N TATUM BLVD #4051 PHOENIX, AZ 85028 | Contact phone 602-258-7571 Email: lapradeesq@aol.com |
| 5. | Bankruptcy trustee Name and address | LOTHAR GOERNITZ P.O. BOX 32961 PHOENIX, AZ 85064-2961 | Contact phone 602-263-5413 Email: lothargoernitz@lgt.phxcoxmail.com |

For more information, see page 2 >

Official Form 309A (For Individuals or Joint Debtors) Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline    page 1

*[Handwritten note:]* ✓ Address incorrectly typed by Bankruptcy Court - it's 3882 E Geronimo St. Gilbert AZ 85295

| 6. Bankruptcy clerk's office<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003-1727 | Office Hours:<br>8:30 am – 4:00 pm Monday-Friday<br><br>Contact Phone: (602) 682-4000<br>Date: 10/29/18 |
|---|---|---|
| 7. Meeting of creditors<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | November 26, 2018 at 11:00 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ |
| 8. Presumption of abuse<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. Deadlines<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>You must file a complaint:<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>You must file a motion:<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 1/25/19 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. Proof of claim<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br>Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(7)(A): **70 Days from Case Filed Date.** | |
| 11. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline**   page 2

Case 2:18-bk-12923-DPC   Doc 7   Filed 11/02/18   Entered 11/05/18 10:51:30   Desc
Main Document   Page 3 of 3